

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★  ★  ★                              ★  ★  ★

# MEMORANDUM OPINION

No. 04-09-00526-CR

**IN RE Juan MOLINA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:   October 28, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On August 21, 2009, relator Juan Molina filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion for DNA testing. However, on October 15, 2009, the trial court granted relator's motion for DNA testing. Accordingly, the petition is DENIED AS MOOT. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1987-CR-5143, styled *State of Texas v. Juan Molina*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Sharon MacRae presiding.